UNITED STATES of America, Plaintiff—Appellee,

v.

**Ruhullah AS–SADIQ; Dion Thomas,** Defendants—Appellants.

No. 10–7664.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: Feb. 23, 2011.

Ruhullah As–Sadiq, Dion Thomas, Appellants Pro Se. Michael Gordon James, Office of the United States Attorney, Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ruhullah As–Sadiq and Dion Thomas, federal prisoners, appeal the district court's order denying their joint motion seeking the disclosure, post-trial, of statements made by a co-defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *As–Sadiq v. United States,* Nos. 5:00–cr–00176–F–1; 5:00–cr–00176–F–3, 2010 WL 4668995 (E.D.N.C. Nov. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*